**Fill in this information to identify the case:**

Debtor name: **Tchefuncte Natural Resources, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Hancock/Whitney Bank** — Creditor's Name<br><br>PO BOX 23070<br>Columbus, GA 31902<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number **3355**<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Hancock/Whitney Bank**<br>**2. Hancock/Whitney Bank** | Describe debtor's property that is subject to a lien<br>**Wells, Production Facilities and Pipelines in Plaquemines Parish and Lafourceh Parish more specifically described on the attached spreadsheet labelled "Exhibit "A/B - Wells, Production Facilities and Pipelines"**<br><br>Describe the lien<br>**Mortgage and UCC-1**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,189,593.29 | Unknown |
| **2.2** **Hancock/Whitney Bank** — Creditor's Name<br><br>PO BOX 23070<br>Columbus, GA 31902<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**Wells, Production Facilities and Pipelines in Plaquemines Parish and Lafourceh Parish more specifically described on the attached spreadsheet labelled "Exhibit "A/B - Wells, Production Facilities and Pipelines"**<br><br>Describe the lien<br>**Mortgage and UCC-1**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $3,968,915.00 | Unknown |

| Debtor | **Tchefuncte Natural Resources, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**Letters of Credit**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Hancock/Whitney Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$85,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Miscellaneous equipment located at Bay Batiste/Bay Jimmy Field - Plaquemine Parish - Bay Jimmy Facility - more specifically described on the attached spreadsheet labelled "Exhibit "A/B Bay Jimmy Field"** | | |
| | **PO BOX 23070** | | | |
| | **Columbus, GA 31902** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mortgage and UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Hancock/Whitney Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$237,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Miscellaneous equipment located at Lake Hermitage Field -Plaquemines Parish Production Facility No. 1 - more specifically described on the attached spreadsheet labelled "Exhibit "A/B - Lake Hermitage Field"** | | |
| | **PO BOX 23070** | | | |
| | **Columbus, GA 31902** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mortgage and UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Hancock/Whitney Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$1,710,000.00** |
|---|---|---|---|---|

Debtor **Tchefuncte Natural Resources, LLC**　　　　　　　Case number (if know)
　　　　Name

| | | | | |
|---|---|---|---|---|
| Creditor's Name | **Miscellaneous equipment located at Valentine Field - Plaquemines Parish, LA more specifically described on the attached spreadsheet labelled "Exhibit "A/B - Valentine Field"** | | | |
| **PO BOX 23070 Columbus, GA 31902** | | | | |
| Creditor's mailing address | **Describe the lien** **Mortgage and UCC-1** | | | |
| | **Is the creditor an insider or related party?** | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| ■ No | ☐ Contingent | | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | | |

| 2.6 | **Hancock/Whitney Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$110,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Miscellaneous equipment located at Larose Field - Lafourche Parish, LA - more specifically described on the attached spreadsheet labelled "Exhibit "A/B - Larose Field Assets"** | | |
| | **PO BOX 23070 Columbus, GA 31902** | | | |
| | Creditor's mailing address | **Describe the lien** **Mortgage and UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.7 | **Hancock/Whitney Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Surface Lease Rights from Private individuals, Right of Ways, Road use Permits, Salt Water Disposal Wells located in the Valentine Field, Lafourche Parish, LA - See Well descriptions for additional details** | | |
| | **PO BOX 23070 Columbus, GA 31902** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |

Debtor **Tchefuncte Natural Resources, LLC**
Name

Case number (if know)

**Date debt was incurred**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Hancock/Whitney Bank** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name

**Lease Rights in Oil and Gas State Lease # 21364, Bay Batiste Field, Plaquemine Parish, Louisiana**

**PO BOX 23070
Columbus, GA 31902**
Creditor's mailing address

**Describe the lien**
**Mortgage and UCC-1**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Hancock/Whitney Bank** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name

**Right of Way 3254000 - Pipeline Servitude - Bay Batiste/Grace Sec. 12, T19S, R25E, Plaquemine Parish, LA**

**PO BOX 23070
Columbus, GA 31902**
Creditor's mailing address

**Describe the lien**
**Mortgage and UCC-1**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Hancock/Whitney Bank** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

| Debtor | **Tchefuncte Natural Resources, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**PO BOX 23070**
**Columbus, GA 31902**

Creditor's mailing address

**Right of Way - 3255000 - Servitude for Pipeline, Bay Batiste, Plaquemine Parish, LA**

**Describe the lien**
**Mortgage and UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 1**

**Hancock/Whitney Bank**
Creditor's Name

**PO BOX 23070**
**Columbus, GA 31902**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease Rights in Salt Water Disoposal well SWDS178000 located in Bay Batiste Field, Plaquemine Parish, LA**

**Describe the lien**
**Mortgage and UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

---

**2.1 2**

**Hancock/Whitney Bank**
Creditor's Name

**PO BOX 23070**
**Columbus, GA 31902**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease Rights in OIl and Gas State Lease # 126593000 - Larose Field - Lafourche Parish, LA**

**Describe the lien**
**Mortgage and UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Unknown**     **Unknown**

---

Debtor **Tchefuncte Natural Resources, LLC**
Name

Case number (if know)

| | | | | |
|---|---|---|---|---|
| | **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| 2.13 | **Hancock/Whitney Bank** <br> Creditor's Name <br> **PO BOX 23070** <br> **Columbus, GA 31902** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Lease Rights in Oil and Gas State Lease # 707 Lake Hermitage Field, Plaquemines Parish, LA** <br><br> **Describe the lien** <br> **Mortgage and UCC-1** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $0.00 | Unknown |
| | **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $5,158,508.29

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |