**Fill in this information to identify the case:**

Debtor name: **Tchefuncte Natural Resources, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Annette Lucille Arcement<br>414 Justin Street<br>Lockport, LA 70374<br><br>Date(s) debt was incurred **July**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field July Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,231.25** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Apache Corporation<br>Oscar J. Montalvo, AIF<br>P.O. Box 840133<br>Dallas, TX 75284-0133<br><br>Date(s) debt was incurred **November**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field November Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Bendco Corporation<br>1610 Soniat Street<br>New Orleans, LA 70115<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,213.68** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Benton Paul Arcement<br>242 Rue De Levert<br>Raceland, LA 70394<br><br>Date(s) debt was incurred **July**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field July Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,231.25** |

Debtor **Tchefuncte Natural Resources, LLC**      Case number (if known)
    Name

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Betty Breaux Edwards**<br>**22173 John D Wood Road**<br>**Franklinton, LA 70438**<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $194.44 |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Brent Joseph Breaux**<br>**410 McClellan Boulevard**<br>**Fairhope, AL 36532**<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $20.84 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Brian A Dominique**<br>**7523 Highway 308**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $194.44 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Brian A Dominique**<br>**7523 Highway 308**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred **November**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field November Rental**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $296.80 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Carl Gerard Dominique**<br>**1202 Mar Drive**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $41.67 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Carl Gerard Dominique**<br>**1202 Mar Drive**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred **November**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field November Rental**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $296.80 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Carol B Breaux**<br>**5116 Highway 1**<br>**Raceland, LA 70394-2035**<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No   ☐ Yes | $41.67 |

Debtor **Tchefuncte Natural Resources, LLC**
Name

Case number (if known)

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address**<br>**Conoco Phillips Company**<br>**P.O. Box 7097**<br>**Houma, LA 70361**<br>Date(s) debt was incurred **October**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Valentine Field October Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| **3.13** | **Nonpriority creditor's name and mailing address**<br>**Donald J Dominique**<br>**4513 Bayouside Drive**<br>**Chauvin, LA 70344**<br>Date(s) debt was incurred **June**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Valentine Field June Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$194.44** |
| **3.14** | **Nonpriority creditor's name and mailing address**<br>**Donald J Dominique**<br>**4513 Bayouside Drive**<br>**Chauvin, LA 70344**<br>Date(s) debt was incurred **November**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Valentine Field November Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$296.80** |
| **3.15** | **Nonpriority creditor's name and mailing address**<br>**Elaine Dominique Allemand**<br>**1214 Mar Drive**<br>**Lockport, LA 70374**<br>Date(s) debt was incurred **June**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Valentine Field June Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$41.67** |
| **3.16** | **Nonpriority creditor's name and mailing address**<br>**Elaine Dominique Allemand**<br>**1214 Mar Drive**<br>**Lockport, LA 70374**<br>Date(s) debt was incurred **November**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Valentine Field November Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$296.80** |
| **3.17** | **Nonpriority creditor's name and mailing address**<br>**Gerald Joseph Breaux, Jr**<br>**227 Bayour Crossing Drive**<br>**Raceland, LA 70394**<br>Date(s) debt was incurred **June**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Valentine Field June Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$20.84** |
| **3.18** | **Nonpriority creditor's name and mailing address**<br>**Golden Ranch Farms, LLC**<br>**c/o Arlen B. Cenac, Jr.**<br>**P.O. Box 2617**<br>**Houma, LA 70361**<br>Date(s) debt was incurred **September**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Valentine Field September Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | **$29,000.00** |

| Debtor | **Tchefuncte Natural Resources, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Jason Alfred Delatte**<br>**1119 Park Drive**<br>**Thibodaux, LA 70301**<br>Date(s) debt was incurred **July**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Valentine Field July Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,231.25 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Joyce Breaux Polkey**<br>**16834 West Main Highway 1**<br>**Cut Off, LA 70345**<br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Valentine Field June Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | $194.44 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Judy Anne Arcement Griffin**<br>**285 Catherine Street**<br>**Lockport, LA 70374**<br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Valentine Field June Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | $41.67 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Larry Dominique**<br>**112 North Dominique Drive**<br>**Gheens, LA 70355**<br>Date(s) debt was incurred **November**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Valentine Field November Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | $296.80 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Larry Dominique**<br>**112 North Dominique Drive**<br>**Gheens, LA 70355**<br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Valentine Field June Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | $41.67 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Leroy Joseph Arcement**<br>**P.O. Box 164**<br>**Lockport, LA 70374**<br>Date(s) debt was incurred **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Valentine Field June Rental**<br>Is the claim subject to offset? ■ No ☐ Yes | $291.67 |

Debtor **Tchefuncte Natural Resources, LLC** Case number (if known)
Name

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Lonnie P. Barrios**<br>**8199 Highway 308**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,399.76 |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Louisana Delta Oil Co LLC**<br>**2303 Ranch Road 620 South**<br>**Suite 135  #362**<br>**Austin, TX 78734**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Invoice #s 13116, 103115, 113015, 123115, 7312015, 8312015, 93015**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $145,524.93 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Louisiana Department of Revenue**<br>**P O Box 4969**<br>**Baton Rouge, LA 70821**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Marilyn Breaux Brown**<br>**207 Elm Drive**<br>**Raceland, LA 70394-3837**<br><br>Date(s) debt was incurred  **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $41.67 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Mary Lee Dominique Cortez**<br>**3414 Highway 307**<br>**Thibodaux, LA 70301**<br><br>Date(s) debt was incurred  **June**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $291.67 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Mary Lee Dominique Cortez**<br>**3414 Highway 307**<br>**Thibodaux, LA 70301**<br><br>Date(s) debt was incurred  **November**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Valentine Field November Rental**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $296.80 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Michael Manuel Arcement**<br>**419 Lafourche Street**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred  **July**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Valentine Field July Rental**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,231.25 |

Debtor **Tchefuncte Natural Resources, LLC** Case number (if known)
Name

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Miriam Arcement Adams**<br>**5016 Highway 1**<br>**Raceland, LA 70394**<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $291.67 |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Mr and Mrs Lonnie P Barrios**<br>**8199 Highway 308**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred **November**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field November Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,399.76 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Pamela Arcement Kilgore**<br>**315 Fantastic Blvd**<br>**Raceland, LA 70394**<br><br>Date(s) debt was incurred **July**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field July Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,231.25 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Patricia Dominique Guidry**<br>**158 Hamilton Street**<br>**Larose, LA 70373**<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $291.67 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Patricia Dominique Guidry**<br>**158 Hamilton Street**<br>**Larose, LA 70373**<br><br>Date(s) debt was incurred **November**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field November Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $296.80 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Raceland Raw Sugar Corporation**<br>**P.O. Box 7097**<br>**Raceland, LA 70394**<br><br>Date(s) debt was incurred **September**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field September Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $8,000.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Raymond M Breaux**<br>**609 Lafourche Street**<br>**Lockport, LA 70374-2452**<br><br>Date(s) debt was incurred **June**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field June Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $194.44 |

Debtor **Tchefuncte Natural Resources, LLC**  Case number (if known)
Name

| | | |
|---|---|---:|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Ronald Louis Arcement**<br>**179 Presque Isle Drive**<br>**Houma, LA 70363-3856**<br><br>Date(s) debt was incurred  **June**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Valentine Field June Rental**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $194.44 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**State of Louisiana- State Land Office**<br>**P.O.Box 44124**<br>**Baton Rouge, LA 70804**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $13,416.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Boyd Mayet**<br><br>Date(s) debt was incurred  **October**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Valentine Field October Rental**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $765.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Tax Collector/Sheriff**<br>**Parish of Plaquemines**<br>**302 Main Street**<br>**Belle Chasse, LA 70037**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Tax Collector/Sheriff**<br>**Parish of St. Tammany**<br>**701 N. Columbia Street**<br>**Covington, LA 70434**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Tax Collector/Sherrif**<br>**Parish of Lafourche**<br>**200 Canal Blvd.**<br>**Thibodaux, LA 70301**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Valentine, LLC**<br>**129 Valentine Drive**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred  **July**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Valentine Field July Rental**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,216.82 |

Debtor **Tchefuncte Natural Resources, LLC**
      Name

Case number (if known)

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Valentine, LLC**<br>**129 Valentine Drive**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred **August**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field August Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes      $54,089.00 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Valentine, LLC**<br>**129 Valentine Drive**<br>**Lockport, LA 70374**<br><br>Date(s) debt was incurred **December**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Valentine Field December Rental**<br><br>Is the claim subject to offset? ■ No ☐ Yes      $5,000.00 |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Leroy Joseph Arcement**<br>**226 Comeaux Drive**<br>**Lockport, LA 70374** | Line **3.25**<br><br>☐ Not listed. Explain ___ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 287,233.82 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 287,233.82 |